UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
ANDRE BEAUHARNAIS  　　　　　　　CASE NO.: 10-36945-AJC
MARIE BEAUHARNAIS  　　　　　　　CHAPTER 7

　　　　Debtors.
_____/

**AFFIDAVIT OF MOVANT IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

STATE OF ___Texas___
COUNTY OF ___Travis___

　　BEFORE ME, the undersigned authority personally appeared ___Chamagne Williams___, who after being duly sworn and upon oath, deposes and says:

1. I, ___Chamagne Williams___ am the ___Assistant Vice President___ of OneWest Bank, FSB, (hereinafter "Movant") and have personal knowledge of the facts stated herein.

2. I have authority to make this affidavit. Further, I have personally reviewed the records of OneWest Bank, FSB and make this Affidavit based upon personal knowledge obtained therein. The information hereinafter given is contained in the original books and records maintained in the office of said servicer. The amount of the indebtedness and the nature and extent of default set forth in the motion is information derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, the records were kept in the course of the regularly conducted activity and were made by the regularly conducted activity as a regular practice. Affiant certifies that all of the documents attached to the motion as an exhibit are true and accurate copies of the original documents. Affiant has

signed Affidavit under penalty of perjury as being true and correct based on personal knowledge of the books and business records.

3. On August 27, 2006, IndyMac Bank, F.S.B., a federally chartered savings bank, was given an executed note and mortgage from the Debtors, Andre J. Beauharnais and Marie Beauharnais, a married couple husband and wife, in the amount of $178,000.00.

4. The Mortgage encumbered property, more particularly described as follows:

**Lot 17, Block 1, Gregory Heights, according to the plat thereof, as recorded in Plat Book 49, Page 75, of the Public Records of Miami-Dade County, Florida.**

**a/k/a: 1575 Northwest 124th Street, North Miami, FL 33176**

5. The Debtors, Andre J. Beauharnais and Marie Beauharnais, have failed to make payments and are currently due for the July 1, 2010 payment and all subsequent payments.

6. The value indicated in the Miami Dade County Property Record Card attached to the motion is $76,351.00.

7. The principal balance due is $171,611.58.

   FURTHER AFFIANT SAYETH NAUGHT.

   Signature: _____
   Name Typed and Printed: Chamagne Williams
   Title: Assistant Vice President
   Company: OneWest Bank, FSB

SWORN TO AND SUBSCRIBED before me this 22nd day of September, 2010 by Chamagne Williams who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC STATE OF Texas

Notary's Name Printed:
My Commission Expires:

> GREGORY MICHAEL WARNER
> Notary Public, State of Texas
> My Commission Expires
> May 27, 2014

Property Address: 1575 Northwest 124th Street, North Miami, FL 33176
Borrower: Beauharnais, Andre
LL - 10-52658



## My Home

miamidade.gov

**ACTIVE TOOL: SELECT**

**Show Me:**
Property Information

**Search By:**
Select Item

- Text only
- Property Appraiser Tax Estimator
- Property Appraiser Tax Comparison
- Portability S.O.H. Calculator

### Summary Details:

| | |
|---|---|
| Folio No.: | 06-2126-021-0170 |
| Property: | 1575 NW 124 ST |
| Mailing Address: | ANDRE J BEAUHARNAIS &W MARIE<br><br>1575 NW 124 ST MIAMI FL 33167-2332 |

### Property Information:

| | |
|---|---|
| Primary Zone: | 0400 SINGLE FAMILY RESIDENCE |
| CLUC: | 0001 RESIDENTIAL-SINGLE FAMILY |
| Beds/Baths: | 3/1 |
| Floors: | 1 |
| Living Units: | 1 |
| Adj Sq Footage: | 965 |
| Lot Size: | 8,276.48 SQ FT |
| Year Built: | 1950 |
| Legal Description: | GREGORY HEIGHTS PB 49-75 LOT 17 BLK 1 LOT SIZE 64.660 X 128 OR 12417-1315 0285 1 COC 24076-3840 11 2005 1 OR 24076-3840 1105 00 |

### Assessment Information:

| Year: | 2010 | 2009 |
|---|---|---|
| Land Value: | $24,748 | $50,147 |
| Building Value: | $51,603 | $74,048 |
| Market Value: | $76,351 | $124,195 |
| Assessed Value: | $76,351 | $124,195 |

### Exemption Information:

| Year: | 2010 | 2009 |
|---|---|---|
| Homestead: | $25,000 | $25,000 |
| 2nd Homestead: | YES | YES |

### Taxable Value Information:

| Year: | 2010 | 2009 |
|---|---|---|
| Taxing Authority: | Applied Exemption/ Taxable Value: | Applied Exemption/ Taxable Value: |
| Regional: | $50,000/ $26,351 | $50,000/ $74,195 |
| County: | $50,000/ $26,351 | $50,000/ $74,195 |
| City: | $50,000/ $26,351 | $50,000/ $74,195 |
| School Board: | $25,000/ $51,351 | $25,000/ $99,195 |

### Sale Information:

| | |
|---|---|
| Sale Date: | 11/2005 |
| Sale Amount: | $164,000 |



Aerial Photography - 2009          0 ——— 113 ft

 Legend
 Property Boundary
Selected Property
 Street
 Highway
 Miami-Dade County
Water

My Home | Property Information | Property Taxes | My Neighborhood | Property Appraiser

Home | Using Our Site | Phone Directory | Privacy | Disclaimer

If you experience technical difficulties with the Property Information application, or wish to send us your comments, questions or suggestions please email us at Webmaster.

Web Site
© 2002 Miami-Dade County,
All rights reserved.

| Sale Amount: | $164,000 |
|---|---|
| Sale O/R: | 24076-3840 |
| Sales Qualification Description: | Sales which are qualified |
| View Additional Sales | |

**Additional Information:**

Click here to see more information for this property:
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Zoning Land Use
Urban Development Boundary
Zoning
Non-Ad Valorem Assessments