# INDEBTEDNESS WORKSHEET

DEBT AS OF THE PETITION DATE

A. **Total pre-petition indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of petition filing date:**
$__175,365.94_____

   1. Amount of principal: $__171,611.58_____

   2. Amount of interest: $__3,748.86_____

   3. Amount of escrow (taxes and insurance): $____--_____

   4. Amount of forced placed insurance expended by movant: $____--_____

   5. Amount of attorneys' fees billed to debtors(s) pre-petition: $____--_____

   6. Amount of pre-petition late fees, if any, billed to debtor(s): $___258.12_____

   7. Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above: _____73.00_____

   8. Suspense Balance:_____<325.62>_____

B. **Contractual interest rate:___7.875_____(if interest rate is (or was) adjustable, list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here:_____.)**