AMOUNT OF ALLEGED POST-PETITION DEFAULT
(AS OF 10/05/10)

A. **Date last payment was received: 08/18/10.**

B. **Alleged total number of payments due post-petition from filing of petition through payment due on: 10/01/10; 1.**<u></u>*Loan contractually due for 07/01/10.

C. **All post-petition payments alleged to be in defaut:**

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Late Fee Charged (If any) |
|---|---|---|---|---|---|---|
| 10/01/10 | 1,290.82 | | | | | 64.53 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals: | 1,290.82 | | | | | 64.53 |

D. **Amount of movant's attorneys fees billed to debtor for the preparation, filing and prosecution of this motion: $_____.**

E. **Amount of movant's filing fee for this motion: $___150.00____.**

F. **Other attorneys' fees billed to debtor post-petition: $_____.**

G. **Amount of movant's post-petition inspection fees: $_____.**

H. **Amount of movant's post-petition appraisal broker's price opinion: $_____.**

I. **Amount of forced placed insurance or insurance provided by the movant post-petition: $_____.**

J. **Sum held in suspense by movant in connection with this contract, if applicable: $_____**

K. **Amount of other post-petition advances or charges, for example, taxes, insurance incurred by debtor, ect. (itemize each charge): $_____.**