Home > Industry Analysis > Failed Banks > Failed Bank Information

# Failed Bank Information

## Information for IndyMac Bank, F.S.B., and IndyMac Federal Bank, F.S.B., Pasadena, CA

I. Introduction
II. Press Release
III. Acquiring Financial Institution
IV. Question and Answer Sheet
   - En Español
   - Chinese Language Version (350 kb PDF File PDF Help)
V. Banking Services
VI. Loan Customers
VII. Unclaimed Deposits
VIII. Possible Claims Against The Failed Institution
   - FAQ re IndyMac "No Value" Determination
IX. Priority of Claims
X. Dividend Information
XI. Brokered Deposits (Institutional Brokers)
XII. Agreements
   - Purchase and Assumption Agreement (1.1 mb PDF File - PDF Help)
   - Master Purchase Agreement by and among FDIC as Conservator for IndyMac Federal Bank, FSB and IMB HoldCo LLC, and OneWest Bank Group LLC (5.3 mb PDF File - PDF Help)
   - Loan Sale Agreement Between the FDIC as Receiver for IndyMac Federal Bank, FSB and OneWest Bank, FSB (3.5 mb PDF File - PDF Help)
   - Shared Loss Agreement Between the FDIC as Receiver for IndyMac Federal Bank, FSB and OneWest Bank, FSB (1.7 mb PDF File - PDF Help)
XIII. Bid Summary
XIV. IndyMac Bank, F.S.B., Contact Information
XV. Balance Sheet Summary

## I. Introduction

On **March 19, 2009**, the Federal Deposit Insurance Corporation (FDIC) completed the sale of IndyMac Federal Bank, FSB, Pasadena, California, to OneWest Bank, F.S.B., Pasadena, California. OneWest Bank, FSB is a newly formed federal savings bank organized by IMB HoldCo LLC. All deposits of IndyMac Federal Bank, FSB have been transferred to OneWest Bank, FSB.

On **July 11, 2008**, IndyMac Bank, F.S.B., Pasadena, CA was closed by the Office of Thrift Supervision (OTS) and the FDIC was named Conservator. All non-brokered insured deposit accounts and substantially all of the assets of IndyMac Bank, F.S.B. have been transferred to IndyMac Federal Bank, F.S.B. (IndyMac Federal Bank), Pasadena, CA "assuming institution") a newly chartered full-service FDIC-insured institution. No advance notice is given to the public when a financial institution is closed.

The FDIC has assembled useful information regarding your relationship with this institution. Besides a checking account, you may have Certificates of Deposit, a car loan, a business checking account, a commercial loan, a Social Security direct deposit, and other relationships with the institution. The FDIC has compiled the following information which should answer many of your questions.

Back to top

## II. Press Release

The FDIC has issued the following press releases (PR-56-2008, PR-42-2009) about the institution's closure. If you represent a media outlet and would like information about the closure, in California, please contact David Barr with the Office of Public Affairs at 202-898-6992, in Washington D.C. please contact Andrew Gray at 202-898-7192.

Back to top

## III. Acquiring Financial Institution

On **March 19, 2009**, all deposits of IndyMac Federal Bank, FSB were transferred to OneWest Bank, FSB, (OneWest Bank) Pasadena, California.

On **July 11, 2008**, all non-brokered insured deposit accounts were transferred to IndyMac Federal Bank, F.S.B. (IndyMac Federal Bank), Pasadena, CA ("assuming institution") a newly chartered full-service FDIC-insured institution. The OTS appointed the FDIC conservator of IndyMac Federal Bank. All insured deposit accounts will be available as usual during regular business hours starting July 14, 2008.

Principal and interest on insured accounts, through July 11, 2008, are fully insured by the FDIC, up to the insurance limit of $100,000. You will receive full payment for your insured account. Certain entitlements and different types of accounts can be insured for more than the $100,000 limit. IRA funds are insured separately from other types of accounts, up to a $250,000 limit.

All accounts that exceed the $100,000 insurance limit, and/or all accounts that appear to be related and exceed this limit, are reviewed by the FDIC to determine their ownership and insurance coverage. If you think you might have uninsured deposits you should call the FDIC Call Center to arrange for a telephone interview with a Claims Agent at 866-806-5919. The Claim Agent may direct you to download and submit a particular form that will assist in expediting the processing of your claim.

List of Affidavits, Declarations, and Forms available for download

Please return the forms to the FDIC by FAX (facsimile) or mail at the number or address listed for the failed institution.

If it is determined that you have uninsured funds, the FDIC will generate and mail to you a Receiver Certificate. This certificate entitles you to share proportionately in any funds recovered through the disposal of the assets of IndyMac Bank, F.S.B. This means that you will eventually recover some of your uninsured funds. The FDIC declared a 50% advance dividend for uninsured deposits.

To find out more about FDIC Deposit Insurance:

- Visit EDIE the FDIC's Electronic Deposit Insurance Estimator
- View the FDIC Deposit Insurance Coverage Video

Checks that were drawn on IndyMac Bank, F.S.B. will be honored up to your available balance or the insured amount. You may withdraw funds from any transferred account without an early withdrawal penalty until you enter into a new deposit agreement with IndyMac Federal Bank. A hold may be in place on deposits accounts due to delinquent loans where the depositor is the borrower or guarantor. Additionally, any account pledged as collateral for a loan will be held.

Back to top

## V. Banking Services

On **March 19, 2009** there was no break in services.

As of **July 14, 2008** you may continue to use the services to which you previously had access, such as, online service, safe deposit boxes, night deposit boxes, wire services, etc.

Your checks will be processed as usual. All outstanding checks will be paid against your available insured balance(s) as if no change had occurred. IndyMac Federal Bank will contact you soon regarding any changes in the terms of your account. If you have a problem with a merchant refusing to accept your check, please contact IndyMac Federal Bank, Customer Service Department, at 800-998-2900. An account representative will clear up any confusion about the validity of your checks.

All interest accrued through Friday, will be paid at your same rate. IndyMac Federal Bank will be reviewing rates and will provide further information soon. You will be notified of any changes.

Your automatic direct deposit(s) and/or automatic withdrawal(s) will be transferred automatically to IndyMac Federal Bank. If you have any questions or special requests, you may contact a representative of your assuming institution at 800-998-2900.

Back to top

## VI. Loan Customers

If you had a loan with IndyMac Bank, F.S.B., you should continue to make your payments as usual. The terms of your loan will not change under the terms of the loan contract because they are contractually agreed to your promissory note with the failed institution. Checks should be made payable as usual and sent to the same address until further notice.

For all questions regarding new loans and the lending policies of IndyMac Federal Bank, please contact 800-998-2900 or visit the IndyMac Federal Bank website at www.IndyMac.com.

Back to top

## VII. Unclaimed Deposits

Please note that any deposits that have not been claimed within 18 months of the failure of Indymac Bank was sent to the FDIC by One West Bank. If the FDIC is unable to locate the deposit customer, the unclaimed funds will eventually be escheated to the state or according to Federal Law (12 U.S.C., 1822 (e)).

**FDIC Unclaimed Deposits**
**1-877-875-4821 Option #2**
**Hours of Operation - Pacific Standard Time**
Monday through Friday, 8:00 a.m. – 5:00 p.m.

Back to top

## VIII. Possible Claims Against the Failed Institution

**Determination of Insufficient Assets To Satisfy Claims Against Financial Institution in Receivership**

SUMMARY: The FDIC, by its Board of Directors, has determined that insufficient assets exist in the receivership of IndyMac Bank, F.S.B., Pasadena, California and the receivership of IndyMac Federal Bank, FSB, Pasadena, California to make any distribution to general unsecured claims, and therefore such claims will recover nothing and have no value.

DATES: The Board made its determination on November 12, 2009.

FOR FURTHER INFORMATION CONTACT: If you have questions regarding this notice, contact Thomas P. Bolt, Counsel, Legal Division, (703) 562–2046 or tbolt@fdic.gov; Shane Kiernan, Senior Attorney, Legal Division, (703) 562–2632 or skiernan@fdic.gov,

Federal Deposit Insurance Corporation
3501 N. Fairfax Drive
Arlington, VA 22226

SUPPLEMENTARY INFORMATION: On July 11, 2008, IndyMac Bank, F.S.B., Pasadena, California ("IndyMac Bank") (FIN # 10007) was closed by the Office of Thrift Supervision and the Federal Deposit Insurance Corporation ("FDIC") was appointed as its receiver. In complying with its statutory duty to resolve the institution in the method that is least costly to the deposit insurance fund (see 12 U.S.C.

1823(c)(4)), the FDIC effected a pass-through receivership. Accordingly, the FDIC organized IndyMac Federal Bank, FSB, Pasadena, California ("IndyMac Federal"), a new federal savings bank for which the FDIC was appointed as conservator. IndyMac Bank's assets were transferred to IndyMac Federal under an agreement whereby the amount (if any) realized from the final resolution of IndyMac Federal after payment in full of IndyMac Federal's obligations was to be paid to the IndyMac Bank receivership. On March 19, 2009, IndyMac Federal was placed in receivership and substantially all of its assets were sold. The amount realized from the resolution of IndyMac Federal is insufficient to pay all of its liabilities, and therefore there will be no amount to pay to the IndyMac Bank receivership.

Section 11(d)(11)(A) of the FDI Act, 12 U.S.C. 1821(d)(11)(A), sets forth the order of priority for distribution of amounts realized from the liquidation or other resolution of an insured depository institution to pay claims. Under the statutory order of priority, administrative expenses and deposit liabilities must be paid in full before any distribution may be made to general unsecured creditors or any lower priority claims. The FDIC has determined that the assets of IndyMac Bank are insufficient to make any distribution on general unsecured claims and therefore, such claims, asserted or unasserted, will recover nothing and have no value. The FDIC has also determined that the assets of IndyMac Federal are insufficient to make any distribution on general unsecured claims and therefore, such claims, asserted or unasserted, will recover nothing and have no value.

**Federal Register** / Vol. 74, No. 221 / Wednesday, November 18, 2009 / Notices **59541**

FAQ re IndyMac "No Value" Determination

Back to top

## IX. Priority of Claims

In accordance with Federal law, allowed claims will be paid, after administrative expenses, in the following order of priority:

1. Depositors
2. General Unsecured Creditors
3. Subordinated Debt
4. Stockholders

Back to top

## X. Dividend Information

When IndyMac was placed into Conservatorship in July of 2008, the FDIC calculated that the ultimate resolution of IndyMac would result in a recovery of approximately 50% of the uninsured deposits of IndyMac. Based upon that estimate, an advance dividend in that amount was paid to the uninsured depositors at that time. The announced sale of IndyMac to IMB Management Holdings is consistent with the original estimate and no additional dividend will be paid as a consequence of this sale.

While no dividends for the uninsured depositors are anticipated at this time, the FDIC will continue to periodically re-assess the financial condition of the receivership to determine if there is additional cash for dividend distributions.

Dividend History on IndyMac Bank, F.S.B.

Dividend Information on Failed Financial Institutions

Back to top

## XI. Brokered Deposits

The FDIC offers a reference guide to deposit brokers acting as agents for their investor clientele. This site outlines the FDIC's policies and procedures that must be followed by deposit brokers when filing for pass-through insurance coverage on custodial accounts deposited in a failed FDIC Insured Institution.

Deposit Broker Processing Guide

Back to top

General Disclaimer

Last Updated 05/21/2010

cservicefdicdal@fdic.gov

Home   Contact Us   Search   Help   SiteMap   Forms
Freedom of Information Act (FOIA) Service Center   Website Policies   USA.gov
FDIC Office of Inspector General   FDIC Open Government Webpage

| Key demographic information as of May 20, 2010 |
|---|
| **IndyMac Bank, F.S.B.** <br> 888 East Walnut Street <br> Pasadena, CA 91101 |

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 29730 | Date Established: | 3/23/1936 |
| Bank Charter Class: | Savings Association | Date of Deposit Insurance: | 3/23/1936 |
| Primary Federal Regulator: | Office of Thrift Supervision | More Demographic Information → | |
| Primary Internet Web Address: | Web site not available | Generate History → | |

**This is an inactive institution.**

Inactive as of: July 11, 2008
Closing history: Failed, went into receivership, and then became
Acquiring institution: IndyMac Federal Bank, F.S.B. - (58912)
Closing Information: http://www.fdic.gov/bank/individual/failed/IndyMac.html

Information Gateway;

**ID Report Selections:** Assets and Liabilities

**Report Date:** June 30, 2008    [Generate Report]

---More Information---

- Current List of Offices not available
- Compare to Peer Group(s)
- FFIEC Call/TFR Report 6/30/2008 Latest Available
- FFIEC UBPR not available
- FDIC/OTS Summary of Deposits

- Bank Holding Company Ownership and Affiliates not available
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OTS CRA ratings
- Consumer Assistance from Primary Federal Regulator

Press 🌐 for description

Questions, Suggestions & Requests

Home  Contact Us  Search  Help  SiteMap  Forms
Freedom of Information Act (FOIA) Service Center   Website Policies   USA.gov
FDIC Office of Inspector General

http://www3.fdic.gov/idasp/confirmation.asp?inCert1=29730&AsOf=&Refer=ID          5/21/2010

| Key demographic information as of May 20, 2010 | | |
|---|---|---|
| **IndyMac Federal Bank, F.S.B.** <br> 888 E Walnut St <br> Pasadena, CA 91106 | | |
| FDIC Certificate #: | 58912 | Date Established: 7/11/2008 |
| Bank Charter Class: | Savings Association | Date of Deposit Insurance: 7/11/2008 |
| Primary Federal Regulator: | Office of Thrift Supervision | More Demographic Information → |
| Primary Internet Web Address: | Web site not available | Generate History → |
| Inactive as of: <br> Closing history: <br> Acquiring institution: | This is an inactive institution. <br> March 19, 2009 <br> Merged with Financial Assistance into <br> OneWest Bank, FSB - (58978) | |

Information Gateway;

**ID Report Selections:**          **Report Date:**
Assets and Liabilities             December 31, 2008      [ Generate Report ]

---------More Information---------

- Current List of Offices not available
- Compare to Peer Group(s)
- FFIEC Call/TFR Report *12/31/2008 Latest Available*
- FFIEC UBPR not available
- FDIC/OTS Summary of Deposits

- Bank Holding Company Ownership and Affiliates not available
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OTS CRA ratings
- Consumer Assistance from Primary Federal Regulator

Press 🛈 for description

Questions, Suggestions & Requests

Home    Contact Us    Search    Help    SiteMap    Forms
Freedom of Information Act (FOIA) Service Center    Website Policies    USA.gov
FDIC Office of Inspector General

| Key demographic information as of May 20, 2010 |
|---|

**OneWest Bank, FSB**
888 E Walnut St
Pasadena, CA 91101

| FDIC Certificate #: | 58978 | Date Established: | 3/19/2009 |
| Bank Charter Class: | Savings Association | Date of Deposit Insurance: | 3/19/2009 |
| Primary Federal Regulator: | Office of Thrift Supervision | | |
| Primary Internet Web Address: | http://www.owb.com:80/ | | |

[ More Demographic Information → ]
[ Generate History → ]

Information Gateway;

**ID Report Selections:**  Assets and Liabilities

**Report Date:** March 31, 2010

[ Generate Report ]

---More Information---

- Current List of Offices
- Compare to Peer Group(s)
- FFIEC Call/TFR Report *3/31/2010 Latest Available*
- FFIEC UBPR not available
- FDIC/OTS Summary of Deposits

- Bank Holding Company Ownership and Affiliates not available
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OTS CRA ratings
- Consumer Assistance from Primary Federal Regulator

Press ⊕ for description

Questions, Suggestions & Requests

Home    Contact Us    Search    Help    SiteMap    Forms
Freedom of Information Act (FOIA) Service Center    Website Policies    USA.gov
FDIC Office of Inspector General