

## ORDERED in the Southern District of Florida on March 01, 2011.

_A. Jay Cristol_
A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 10-36945-BKC-AJC
 Chapter 7
ANDRE BEAUHARNAIS
SSN: XXX-XX-1137
MARIE BEAUHARNAIS
SSN: XXX-XX-7685

    Debtor(s).
_____/

### AGREED ORDER ON OBJECTION TO DEBTOR'S SCHEDULED VALUATION AND CLAIMED EXEMPTION OF SCHEDULED PROPERTY

(*Cancels Special Set Evidentiary Hearing on March 3, 2011 at 11:00a.m.*)

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Objection to Debtor's Scheduled Valuation and Claimed Exemption of Scheduled Property [D.E. 28](the "Objection"), and the Court, having reviewed the Objection and the file, having noted the agreement of the parties, and being otherwise fully advised in the premises, it is

    **ORDERED** as follows:

CASE NO.: 10-36945-BKC-AJC

1. The Objection is overruled, without prejudice, as moot.

Submitted by:

Joel L. Tabas
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Joel L. Tabas, Trustee
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Attorney Joel L. Tabas shall serve copies of this Order on all interested parties and file a certificate of service.