

**ORDERED in the Southern District of Florida on March 25, 2011.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                   CASE NO.: 10-36945-BKC-AJC
                                                                         Chapter 7
**ANDRE BEAUHARNAIS**
SSN: XXX-XX-1137
**MARIE BEAUHARNAIS**
SSN: XXX-XX-7685
          Debtor(s).                    /

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION FOR COMPROMISE AND SETTLEMENT REGARDING VALUATION AND REPURCHASE OF DEBTOR(S)' NON-EXEMPT INTEREST IN (1) SCHEDULED PROPERTY AND (2) ANY POTENTIAL INTEREST IN DEBTOR(S)' FEDERAL INCOME TAX REFUND, AND (3) FOR EXTENSION OF DEADLINE TO OBJECT TO EXEMPTIONS**

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Motion to Approve Stipulation For Compromise and Settlement Regarding Valuation and Repurchase of Debtor(s) Non-Exempt Interest in (1) Scheduled Property and (2) Any Potential Interest in Debtors' Federal Income Tax Refund, and (3) for Extension of Deadline to Object to Exemptions (the "Motion"), and the Court, having reviewed the Motion and the Certificate of

Case No. 10-36945-BKC-AJC

No Response, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interests of this Estate, and finding that the notice of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The compromise and settlement is approved on the terms and conditions set forth in the Motion and the Stipulation attached to the Motion.

3. The deadline to object to claimed exemptions shall expire ten (10) days after entry of this order.

4. The Court incorporates the terms of the Stipulation into this Order and retains jurisdiction to enforce the terms thereof.

**###**

Submitted by:
Joel L. Tabas
Tabas, Freedman, Soloff, Miller & Brown, P.A.
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, Florida  33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.